IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAUL HERNANDEZ,

        Plaintiff,

v.                                                  No. 21-CV-738 JHR-KK

THE UNITED STATES OF AMERICA,

        Defendant.

### ORDER ON JOINT MOTION TO EXTEND REMAINING DEADLINES AND RESCHEDULE SETTLEMENT CONFERENCE

THIS MATTER comes before the Court on the Parties' Joint Motion to Extend Remaining Deadlines and Reschedule Settlement Conference (the "Joint Motion"). (Doc. 33). Having reviewed the Joint Motion and being otherwise fully advised in the premises, the Court finds the Joint Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that:

(1) the Joint Motion is hereby GRANTED and the Court's Case Management Deadlines are amended as follows:

| | | |
|---|---|---|
| a) | Termination date for discovery: | November 30, 2022 |
| b) | Motions related to discovery to be filed by: | December 19, 2022 |
| c) | Pretrial Motions other than discovery motions (including Motions which may require a Daubert hearing) filed by: | December 28, 2022 |
| d) | Plaintiff's portions of proposed Pretrial Order due from Plaintiff to Defendant by: | March 14, 2023 |
| e) | Parties' consolidated proposed Pretrial Order due from Defendant to Court by: | March 28, 2023 |

(2) The pre-settlement conference set on November 7, 2022, and the settlement conference set on November 15, 2022, and all related deadlines (*see* Doc. 26), are hereby VACATED and will be reset by separate order.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE