**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

PAUL HERNANDEZ,

      Plaintiff,

v.                                    No. 21-CV-00738-JHR-KK

THE UNITED STATES OF AMERICA,

      Defendant.

**ORDER ON SECOND JOINT MOTION TO EXTEND REMAINING
DEADLINES AND RESCHEDULE SETTLEMENT CONFERENCE**

THIS MATTER comes before the Court on the Parties' Second Joint Motion to Extend
Remaining Deadlines and Reschedule Settlement Conference ("Second Joint Motion") (Doc 37).
Having reviewed the Second Joint Motion and being otherwise fully advised in the premises, the
Court finds the Second Joint Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that:

(1)     the Second Joint Motion is hereby GRANTED and the Court's Case Management
Deadlines are amended as follows:

| | |
|---|---|
| a) Termination date for discovery: | February 28, 2023 |
| b) Motions related to discovery to be filed by: | March 20, 2023 |
| c) Pretrial Motions other than discovery motions (including Motions which may require a Daubert hearing) filed by: | March 28, 2023 |
| d) Plaintiff's portions of proposed Pretrial Order due from Plaintiff to Defendant by: | June 12, 2023 |
| e) Parties' consolidated proposed PreTrial Order due from Defendant to Court by: | June 26, 2023 |

(2)      The pre-settlement conference set on January 27, 2023, and the settlement

conference set on February 3, 2023, and all related deadlines (*see* Doc 35), are hereby

VACATED and will be reset by separate order.

IT IS SO ORDERED.

_____
**KIRTAN KHALSA**
**UNITED STATES MAGISTRATE JUDGE**


Approved as to form by:


*/s/ Richard R. Marquez*
Richard R. Marquez
Richard R. Marquez Attorney at Law PC
1121 4th St., NW, Suite 1-A
Albuquerque, NM 87102
(505)304-5568
Marquezlaw@comcast.net
*Attorney for Plaintiff*

AND

*/s/ Cassandra Casaus Currie*
Cassandra Casaus Currie
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505)224-1530
Cassandra.Currie@usdoj.gov
*Attorneys for Defendant*